Alternative writ of mandamus dismissed on motion of counsel for the respective parties.

*Jennings & Watts,* for Relator.

*Reeves Bowman,* for Respondent.

Florida Industrial Company, a corporation, etc., Appellant, v. State of Florida for use and benefit of State of Florida and Osceola County, Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Treadwell & Treadwell,* for Appellant.

*W. J. Steed,* for Appellees.

J. Huttig, Appellant, v. Northern Investment Corporation, a corporation, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.

*C. Arthur Yergey,* for Appellant.

*Troy C. Musselwhite,* for Appellees.

State of Florida, on the Relation of Charles H. Crim, Relator, v. J. H. Juvenal, *et al.,* Respondents.

Cause dismissed on motion of counsel for the respective parties.

*Thomas E. Swanson,* for Relator.

*Rogers & Morse* and *E. B. Griffis,* for Respondents.